HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. CR15-0120-JCC |
| Plaintiff, | ) |
| | ) MINUTE ORDER |
| v. | ) |
| DUY P. NGUYEN, | ) |
| Defendant. | ) |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue trial and extend the due date for pretrial motions (Dkt. No. 898). Having reviewed the motion and the relevant record, the Court makes the following findings and conclusions:

1. Failure to grant the continuance in this case would be a miscarriage of justice and would deny Defendant the reasonable time necessary for effective preparation, due to defense counsel's need for more time to review the considerable volume of discovery and evidence produced and still to be produced and to consider possible defenses and motions, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv).

2. Given the complexity of the case and the volume of discovery produced and still to be produced, more time is necessary and this is a reasonable period of delay to allow defense counsel to prepare for trial. *See* 18 U.S.C. § 3161(h)(6), (7).

3. The ends of justice served by granting this continuance outweigh the best interests of the public and Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

1      4.    Defendant has filed a speedy trial waiver consenting to a continuance of his trial to any date up to and including February 15, 2017. (Dkt. No. 897 at 1.)

       The Court ORDERS that the jury trial in this case is continued from October 17, 2016 to January 23, 2017 at 9:30 a.m. The Court further ORDERS that the resulting period of delay from October 17, 2016 to January 23, 2017 is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B). Finally, the Court ORDERS that pretrial motions are due no later than Thursday, December 15, 2016.

       DATED this 4th day of October 2016.

                        William M. McCool
                        Clerk of Court

                        s/Paula McNabb
                        Deputy Clerk